VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
10174 Austing Drive #1116
Spring Valley, CA 91979
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>VISTA PAINT CORPORATION; LE BARON HOLDINGS LLC; and DOES 1-10,<br><br>　　　Defendants. | Case No.: 3:25-cv-02778-GPC-KSC<br><br>NOTICE OF SETTLEMENT |

1 | Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

Respectfully submitted,

DATED: January 15, 2026                              VALENTI LAW APC


                                                By:  /s/ Matt Valenti
                                                     Matt Valenti, Esq.
                                                     Attorney for Plaintiff
                                                     Raul Uriarte-Limon