

Matt Valenti, Esq. (State Bar No. 253978)
VALENTI LAW APC
10174 Austin Drive #1116
Spring Valley, CA
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RAUL URIARTE-LIMON

   Plaintiff,

 vs.

VISTA PAINT CORPORATION; LE BARON HOLDINGS LLC; and DOES 1-10,

   Defendants.

Case No.: 3:25-cv-02778-GPC-KSC

JOINT MOTION and STIPULATION TO DISMISS PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)

JOINT MOTION TO DISMISS - 1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Raul Uriarte-Limon and Defendants Vista Paint Corporation and Le Baron Holdings LLC, hereby stipulate and jointly request that this Court enter a dismissal with prejudice of the above-entitled action in its entirety. Each party shall bear his or its own costs, experts' fees, and attorneys' expenses. The case has settled.

DATED:  January 26, 2026                    VALENTI LAW APC


By:  */s/ Matt Valenti*
       Matt Valenti, Esq.
       Attorney for Plaintiff
       Raul Uriarte-Limon


DATED:  January 26, 2026                    SMITH & SILBAR, LLP


By:  */s/ Rachelle Singer*
       Rachelle Singer, Esq.
       Attorney for Defendant
       Vista Paint Corporation and
       Le Baron Holdings LLC

JOINT MOTION TO DISMISS - 2

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

DATED: January 26, 2026          VALENTI LAW APC

By: */s/ Matt Valenti*
        Matt Valenti, Esq.
        Attorney for Plaintiff
        Raul Uriarte-Limon