# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>                           Plaintiff,<br><br>   v.<br><br>VISTA PAINT CORPORATION; LE BARON HOLDINGS LLC; and DOES 1-10,<br><br>                           Defendant. | Case No.: 3:25-cv-02778-GPC-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 13]** |

Upon consideration of the Joint Motion to Dismiss filed by the parties, and for good cause shown, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety. Each party shall bear their own attorney fees and costs.

   **IT IS SO ORDERED.**

Dated:  January 30, 2026

Hon. Gonzalo P. Curiel
United States District Judge